# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff, : Case No. 3:12-mj-134

  -vs-                                   Magistrate Judge Michael J. Newman

                                              :

MOHAMED FALL,

      Defendant.

## BIND-OVER ORDER

This case came on for hearing on April 12, 2012, for preliminary examination and on motion of the United States to determine whether any condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the appearance of the Defendant as required in this case and the safety of the community. The defendant, present with counsel, waived his right to a preliminary examination. The Court finds the waiver knowing, intelligent and voluntary. IT IS THEREFORE ORDERED that the Defendant is accordingly bound over to the Grand Jury to answer the charge in the United States District Court.

The matter of detention remains pending before Magistrate Judge Michael R. Merz and the defendant is ordered remanded to custody pending further order of the Court.

April 12, 2012                                            s/ **Michael J. Newman**
                                                                          United States Magistrate Judge